AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

MICHAEL THOMAS HOLMAN,

    Plaintiff

v.

CITY OF NEW YORK, NYC MEDIA GROUP,
    Defendants

**APPEARANCE**

Case Number: 07-CV-9684 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Michael Thomas Holman

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/7/2008 | *(signature)* |
| Date | Signature |
| | Michael D. Steger     MS2009 |
| | Print Name     Bar Number |
| | 1325 Sixth Avenue, 27th Floor |
| | Address |
| | West Nyack     NY     10019 |
| | City     State     Zip Code |
| | (212) 956-9393     (845) 689-2155 |
| | Phone Number     Fax Number |