AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MICHAEL THOMAS HOLMAN,
            Plaintiff

v.

CITY OF NEW YORK, NYC MEDIA GROUP,
            Defendants

**APPEARANCE**

Case Number: 07-CV-9684 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Michael Thomas Holman

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/7/2008 | *(signature)* |
| Date | Signature |
| | Michael D. Steger — MS2009 |
| | Print Name — Bar Number |
| | 1325 Sixth Avenue, 27th Floor |
| | Address |
| | New York    NY    10019 |
| | City    State    Zip Code |
| | (212) 956-9393    (845) 689-2155 |
| | Phone Number    Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February 2008, I served true and correct copies of the Entry of Appearance for Plaintiff Michael Thomas Holman by placing it in a sealed envelope, postage prepaid, and mailing it to:

>Gary P. Rosenthal
>The City of New York
>Law Department
>100 Church Street
>New York, NY  10007

_____
Michael D. Steger