UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL THOMAS HOLMAN<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEW YORK; NYC MEDIA GROUP,<br><br>Defendants. | **PLAINTIFF'S CONSENT MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Case No. 07 CIV. 9684 (SAS) |

Plaintiff Michael Thomas Holman ("Plaintiff") hereby moves this Court for leave to file his First Amended Complaint. Plaintiff recently retained counsel for this matter, and counsel determines it necessary to amend the complaint to allege additional facts and to request statutory penalties and attorney's fees. Plaintiff's counsel has conferred with counsel for the Defendants, and Defendants' counsel has consented to this Motion.

Because Plaintiff's counsel entered his appearance outside of the time permitted for amending the complaint without leave of Court under Federal Rule of Civil Procedure 15(a), Plaintiff moves the Court for leave to amend his complaint. Plaintiff respectfully requests that

the Court grant Plaintiff leave for ten days to amend his complaint.

Dated: March 3, 2008                    Respectfully submitted,

                                        /s/ Michael D. Steger
                                        Michael D. Steger
                                        Law Offices of Michael D. Steger, PC
                                        1325 Sixth Avenue
                                        27th Floor
                                        New York, NY 10994
                                        (212) 956-9393
                                        (845) 689-2155 (fax)
                                        msteger@steger-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2008, I served a true and correct copy of Plaintiff's Motion for Leave to File First Amended Complaint electronically upon:

> Gerald E. Singleton
> The City of New York
> Law Department
> 100 Church Street
> New York, NY 10007
> gsinglet@law.nyc.gov

_____
Michael D. Steger

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL THOMAS HOLMAN<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF NEW YORK; NYC MEDIA GROUP,<br><br>                    Defendants. | [PROPOSED] ORDER GRANTING PLAINTIFF TO FILE HIS FIRST AMENDED COMPLAINT<br><br>Case No. 07 CIV. 9684 (SAS) |

    This matter having come before the Court on Plaintiff Michael Thomas Holman's Consent Motion for Leave to File His First Amended Complaint, and it appearing to the Court that good cause for the Motion exists, the Court grants Plaintiff's Motion. Plaintiff may file his First Amended Complaint no later than _____.

    IT IS SO ORDERED.

                                                                                             _____
                                                                            Hon. Shira A. Scheindlin
                                                                            United States District Judge