UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL THOMAS HOLMAN

                Plaintiff,

        v.

CITY OF NEW YORK; NYC MEDIA GROUP,

                Defendants.

[PROPOSED] ORDER GRANTING PLAINTIFF TO FILE HIS FIRST AMENDED COMPLAINT

Case No. 07 CIV. 9684 (SAS)

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/08

This matter having come before the Court on Plaintiff Michael Thomas Holman's Consent Motion for Leave to File His First Amended Complaint, and it appearing to the Court that good cause for the Motion exists, the Court grants Plaintiff's Motion. Plaintiff may file his First Amended Complaint no later than March 14, 2008.

IT IS SO ORDERED.

Hon. Shira A. Scheindlin
United States District Judge

3/3/08