```
                                                    ┌─────────────────────────────┐
UNITED STATES DISTRICT COURT                        │ DOCUMENT                    │
SOUTHERN DISTRICT OF NEW YORK          X            │ ELECTRONICALLY FILED        │
                                                    │ DOC #:_____        │
                                                    │ DATE FILED: 3/20/08         │
                                                    └─────────────────────────────┘
```

------------------------------------------------------:

Holman

v.                                                         **ORDER OF REFERENCE**
                                                           **TO A MAGISTRATE JUDGE**

City of New York                                           07 Civ. 9684 SAS ( )

------------------------------------------------------X

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

✓ Settlement*

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

\_\_\_ Inquest After Default/Damages Hearing

Particular Motion:_____

All such motions:\_\_\_\_

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         March 20, 2008

[signature]
United States District Judge

*July would be best.*

*Thanks*