

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL THOMAS HOLMAN | **[PROPOSED] JOINT SCHEDULING ORDER** |
| Plaintiff, | |
| v. | Case No. 07 CIV. 09684 (SAS) |
| CITY OF NEW YORK and NYC MEDIA GROUP | |
| Defendants. | |

WHEREAS, the Court issued an Order for a Conference in accordance with Fed.R.Civ.P. 16(b) on March 3, 2008 (the "Order"); and

WHEREAS, the order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, Plaintiff Michael Thomas Holman ("Plaintiff") and Defendants City of New York and NYC Media Group (collectively, "Defendants") hereby submit the following information as required by the Order.

(1)     Michael D. Steger appeared for Plaintiff, and Gerald Singleton appeared for Defendants.

(2)     Plaintiff claims that Defendants infringed on Plaintiff's federally registered copyrighted motion pictures by exhibiting portions of the motion pictures on Defendants' television station.  Defendants deny Plaintiff's claims.

(3)     The parties propose the following discovery schedule:

(a) Depositions:

Defendants plan to depose Plaintiff and possibly others.

Plaintiff plans to depose one or more of Defendants' agents pursuant to Rule 30(b)(6), but Plaintiff does not know the identities of such individuals and will not at least until the parties complete initial discovery. Plaintiff may depose other witnesses if they are disclosed during discovery.

(b) <u>Document Productions</u>: The parties anticipate completing initial document productions by May 15, 2008.

(c) <u>Expert Discovery</u> : Plaintiff reserves the right to name an expert witness, to be designated by May 15, 2008. Defendants reserves the right to call experts, to be designated no later than June 15, 2008.

(d) <u>Discovery Cutoff</u>: The parties anticipate completing discovery by July 31, 2008.

(e) <u>Plaintiff's Pre</u>-Trial Order Matters: Plaintiff will supply his pretrial order matters to Defendants by August 15, 2008.

(f) <u>Pretrial Order</u>: The parties will submit a pretrial order to the Court by September 30, 2008.

(g) <u>Pretrial Conference</u>: The final pre-trial conference shall be held on _Aug / 2_____ at _4 ³⁰_.

(4)    <u>Discovery Limitations</u>: Defendants have indicated that they will request that Plaintiff produce settlement agreements Plaintiff has entered into with third parties who have infringed Plaintiff's copyrighted materials. If Plaintiff produces such documents, Defendants

2

have agreed that such materials shall be maintained pursuant to a protective order preventing further disclosure.

(5)    <u>Discovery Issues</u>:    Defendants have indicated that they will request that Plaintiff produce settlement agreements Plaintiff has entered into with third parties who have infringed Plaintiff's copyrighted materials.  Plaintiff contends that such settlement agreements are confidential and not relevant to the current action.

(6)    <u>Expert Testimony</u>:  The parties may present expert testimony.

(7)    <u>Trial</u>:  Plaintiff has demanded a jury trial.  The parties anticipate that the trial will last two days, including jury selection.

(8)     This Scheduling Order may be altered or amended only on a showing of good

cause not foreseeable at the time of the conference or when justice so requires.

Michael D. Steger (MS-2009)
LAW OFFICES OF MICHAEL D. STEGER, PC
1325 Avenue of the Americas, 27th Floor
New York, NY  10019
212-956-9393

Gerald E. Singleton (GS4750)
Office of the Corporation Counsel
NYC Law Department
Attorneys for Defendants
100 Church Street
New York , NY 10007
Tel: (212) 788-0760
Fax: (212) 788-1633
Cell: (917) 734-7906

SO ORDERED:

SHIRA A. SCHEINDLIN
U.S.D.J.                          3/21/08

4