UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHAEL THOMAS HOLMAN,                     :

        Plaintiff,                           :

    -against-                                :

CITY OF NEW YORK & NYC MEDIA GROUP,        :

        Defendants.                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/21/08

07 Civ. 9684 (SAS) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the settlement agreement reached by all parties and transcribed by the court reporter on April 21, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:     New York, New York
           April 21, 2008

                        Andrew J. Peck
                        United States Magistrate Judge

Copies **by fax & ECF** to:   Michael D. Steger, Esq.
                      Gerald E. Singleton, Esq.
                      Judge Shira A. Scheindlin

C:\ORD\DISMISS